UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| JOHN STEPHEN CHABAK | : Bankruptcy No. 13-15363REF |
| | : |
| Debtor(s) | : Chapter 13 |

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Richard E. Fehling, B. J.

**Date: October 19, 2017**

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606

Michelle DeWald, Esq.
P. O. Box 5101
Bethlehem, PA 18015

John Stephen Chabak
2139 Blossom Lane
Bethlehem, PA 18018