UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                             :
                                   : CHAPTER 13
JOHN CHABAK                        :
                                   : BANKRUPTCY NO. 13-15363
            Debtor.                :

CERTIFICATION OF NO RESPONSE

I, Michelle DeWald. Esquire, Attorney for Debtor, hereby certify that no answer, objection or other responsive pleading has been served upon me nor filed with the Clerk of the Bankruptcy Court with respect to the Debtor's Motion to Vacate Dismissal Order and the Notice of Motion, which were served as set forth in the Certification of Service filed in this matter on October 25, 2017 and I further certify that the motion is uncontested.

Date:  November 15, 2017              s/Michelle DeWald
                                      Michelle Dewald, Esquire
                                      PA #64955
                                      1683 Broadhead Court
                                      Bethlehem, PA 18015
                                      (610) 419-4561 – phone
                                      (610) 419-4872 – fax