UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : |
| --- | --- |
|  | : CHAPTER 13 |
| JOHN CHABAK | : |
|  | : BANKRUPTCY NO. 13-15363 |
| Debtor. | : |

**<u>ORDER</u>**

AND NOW, upon Motion of Debtor's Attorney to Vacate the Order Dismissing Debtor's Chapter 13 Bankruptcy Case, it is hereby APPROVED AND ORDERED that the Order Dismissing this case is vacated.

BY THE COURT:

**Date: November 17, 2017**

_____
J.