United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 13-15363-ref
John Stephen Chabak                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                    Page 1 of 2                 Date Rcvd: Nov 17, 2017
                              Form ID: pdf900              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
```
db            +John Stephen Chabak,    2139 Blossom Lane,    Bethlehem, PA 18018-1105
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr            +City of Bethlehem/Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,
                P.O. Box 3020,    Norristown, PA 19404-3020
13080583       Bethlehem Area School District,    C/O Portnoff Law Associates,    P.O. Box 3020,
                Norristown, PA  19404-3020
13080584      +City Of Bethlehem,    P.O. Box 410,    10 E. Church Street,    Bethlehem, PA 18018-6028
13135844      +City of Bethlehem,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13136637      +City of Bethlehem,    c/o James R. Wood, Esq.,    1000 Sandy Hill Road, Suite 150,
                Norristown, PA 19401-4181
13080585      +County Of Lehigh Fiscal Office,    17 S. 7th Street, Rm 119,    Allentown, PA 18101-2401
13080587      +Lehigh County Tax Claim Bureau,    17 S. 7th Street, Rm 119,    Allentown, PA 18101-2401
13080588       Lehigh Valley Health Network,    P.O. Box 8500,    Philadelphia, PA  19178-8500
13080589       Lehigh Valley Physicians Group,    P.O. Box 1754,    Allentown, PA  18105-1754
13451176      +M&T Bank,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
13847675      +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541
13080591      +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, Ste 2080,
                Philadelphia, PA 19109-1031
13080592       Medical Imaging Of Lehigh Valley,    P.O. Box 3226,    Allentown, PA  18106-0226
13080593      +Michelle DeWald,    1683 Broadhead Court,    Bethlehem, PA 18015-5517
13080594      +PP&L,   Two North Ninth Street,    Allentown, PA 18101-1179
13080596       Vsas Orthopaedics,    1250 S. Cedar Crest Boulevard, Ste 110,    Allentown, PA  18103-6224
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: robertsl2@dnb.com Nov 18 2017 01:30:07      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 18 2017 01:29:51
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 18 2017 01:30:16      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13080586       E-mail/Text: cio.bncmail@irs.gov Nov 18 2017 01:29:18      Department of the Treasury - IRS,
                Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13189696       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 18 2017 01:31:43
                LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13191991       E-mail/Text: camanagement@mtb.com Nov 18 2017 01:29:22      M & T Bank,    P.O. Box 1288,
                Buffalo, New York 14240
13080590       E-mail/Text: camanagement@mtb.com Nov 18 2017 01:29:22      M&T Bank,    P.O. Box 900,
                Millsboro, DE  19966
13080595       E-mail/Text: bkrcy@ugi.com Nov 18 2017 01:30:50      UGI,    2525 N. 12th Street, Ste 360,
                Reading, PA  19605
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13114286*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,     P.O. Box 21126,
                Philadelphia, PA   19114)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: dlv                  Page 2 of 2                  Date Rcvd: Nov 17, 2017
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehem/Bethlehem Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARISA MYERS COHEN    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              MICHELLE  DEWALD    on behalf of Debtor John Stephen Chabak mdewald@rcn.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                          :
                                : CHAPTER 13
JOHN CHABAK                     :
                                : BANKRUPTCY NO. 13-15363
            Debtor.             :

## ORDER

AND NOW, upon Motion of Debtor's Attorney to Vacate the Order Dismissing Debtor's Chapter 13 Bankruptcy Case, it is hereby APPROVED AND ORDERED that the Order Dismissing this case is vacated.

BY THE COURT:

**Date: November 17, 2017**

_____
                                        J.