United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John Stephen Chabak  
    Debtor

Case No. 13-15363-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 2      Date Rcvd: Apr 15, 2019  
                   Form ID: 138NEW      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2019.

```
db             +John Stephen Chabak,    2139 Blossom Lane,    Bethlehem, PA 18018-1105
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +City of Bethlehem/Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13080583        Bethlehem Area School District,    C/O Portnoff Law Associates,    P.O. Box 3020,
                 Norristown, PA  19404-3020
13080584       +City Of Bethlehem,    P.O. Box 410,    10 E. Church Street,    Bethlehem, PA 18018-6028
13135844       +City of Bethlehem,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13136637       +City of Bethlehem,    c/o James R. Wood, Esq.,    1000 Sandy Hill Road, Suite 150,
                 Norristown, PA 19401-4181
13080585       +County Of Lehigh Fiscal Office,    17 S. 7th Street, Rm 119,    Allentown, PA 18101-2401
13080587       +Lehigh County Tax Claim Bureau,    17 S. 7th Street, Rm 119,    Allentown, PA 18101-2401
13080588        Lehigh Valley Health Network,    P.O. Box 8500,    Philadelphia, PA  19178-8500
13080589        Lehigh Valley Physicians Group,    P.O. Box 1754,    Allentown, PA  18105-1754
13451176       +M&T Bank,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13847675       +M&T Bank,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13080591       +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street, Ste 2080,
                 Philadelphia, PA 19109-1031
13080592        Medical Imaging Of Lehigh Valley,    P.O. Box 3226,    Allentown, PA  18106-0226
13080593       +Michelle DeWald,    1683 Broadhead Court,    Bethlehem, PA 18015-5517
13080594       +PP&L,    Two North Ninth Street,    Allentown, PA 18101-1179
13080596        Vsas Orthopaedics,    1250 S. Cedar Crest Boulevard, Ste 110,    Allentown, PA  18103-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 16 2019 02:46:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 16 2019 02:46:44     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13080586        E-mail/Text: cio.bncmail@irs.gov Apr 16 2019 02:46:23     Department of the Treasury - IRS,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13189696        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2019 03:04:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank USA, N. A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13191991        E-mail/Text: camanagement@mtb.com Apr 16 2019 02:46:25     M & T Bank,    P.O. Box 1288,
                 Buffalo, New York 14240
13080590        E-mail/Text: camanagement@mtb.com Apr 16 2019 02:46:25     M&T Bank,    P.O. Box 900,
                 Millsboro, DE  19966
13080595        E-mail/Text: bkrcy@ugi.com Apr 16 2019 02:46:52     UGI,    2525 N. 12th Street, Ste 360,
                 Reading, PA  19605
                                                                                               TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13114286*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court:   Internal Revenue Service,     P.O. Box 21126,
                 Philadelphia, PA   19114)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: dlv                  Page 2 of 2                  Date Rcvd: Apr 15, 2019
                              Form ID: 138NEW            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Bethlehem/Bethlehem Area School District
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARISA MYERS COHEN    on behalf of Creditor    M&T BANK mcohen@mwc-law.com
              MICHELLE  DEWALD    on behalf of Debtor John Stephen Chabak mdewald@rcn.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: John Stephen Chabak

      Debtor(s)

Bankruptcy No: 13−15363−ref

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

           400 Washington Street
           Suite 300
           Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                 For The Court
                                                         Timothy B. McGrath
                                                          Clerk of Court

Dated: 4/15/19

                                                                                                 85 − 84
                                                                                         Form 138_new